■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO TEXIDOR, III, Appellant. [982 NYS2d 419]—Appeal from a judgment of the Erie County Court (Sheila A. DiTullio, J.), rendered July 10, 2012. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of criminal possession of a weapon in the second degree (Penal Law § 265.03 [3]). Contrary to defendant's contention, the record establishes that he knowingly, voluntarily and intelligently waived the right to appeal (*see generally People v Lopez*, 6 NY3d 248, 256 [2006]), and that valid waiver forecloses any challenge by defendant to the severity of the sentence (*see id.* at 255; *see generally People v Lococo*, 92 NY2d 825, 827 [1998]; *People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD PITTS, Appellant. [982 NYS2d 420]—Appeal from an order of the Monroe County Court (Frank P. Geraci, Jr., J.), entered September 20, 2012. The order determined that defendant is a level two risk pursuant to the Sex Offender Registration Act.

Now, upon reading and filing the stipulation of discontinuance signed by defendant on January 9, 2014 and by the attorneys for the parties on January 6 and 17, 2014,

It is hereby ordered that said appeal is unanimously dismissed upon stipulation. Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.